No opinion. Motion denied. See, also, 151 N. Y. Supp. 415.

HOUSE et al. v. CLAYTON. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by Everett House and others against Frederick D. Clayton. No opinion. Motion denied, with $10 costs. Order filed. See, also, 150 N. Y. Supp. 1090.

In re HOWELL. (Supreme Court, Appellate Division, Second Department. February 11, 1915.) In the matter of the petition of Lloyd M. Howell to enforce an attorney's lien. PER CURIAM. Motion for reargument (of 150 N. Y. Supp. 1090) denied, without costs. THOMAS, J., not voting.

HUGHES v. HUGHES et al. (Supreme Court, Appellate Division, Second Department. January 29, 1915.) Action by Mary B. Hughes against Grace N. Hughes and others. No opinion. Interlocutory judgment affirmed, with costs.

HULL v. FIFTY-SECOND ST. STORAGE HOUSE, Inc., et al. (Supreme Court, Appellate Division, Second Department. February 19, 1915.) Action by Lawrence Hull, as trustee in bankruptcy of Clarence E. Hopkins, against the Fifty-Second Street Storage House, Incorporated, and others. PER CURIAM. Motion for stay granted. Settle order before Mr. Justice CARR. PUTNAM, J., not voting. See, also, 150 N. Y. Supp. 1090.

H. W. CALDWELL & SON, Respondent, v. KELLOGG et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 6, 1915.) Action by H. W. Caldwell & Son against Spencer Kellogg and others. No opinion. Judgment and order affirmed, with costs (in 151 N. Y. Supp. 1122).

H. W. CALDWELL & SON CO., Respondent, v. SPENCER KELLOGG CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) Action by the H. W. Caldwell & Son Company against the Spencer Kellogg Company, impleaded with others. No opinion. Motions to amend decision as to costs (in 151 N. Y. Supp. 1122) granted.

In re HYATT. (Supreme Court, Appellate Division, First Department. February 11, 1915.) In the matter of Augusta Hyatt, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

INGRAHAM, Respondent, v. TOWN OF THURMAN, Appellant. (Supreme Court, Appellate Division, Third Department. March 3, 1915.) Action by William A. Ingraham against the Town of Thurman. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 161 App. Div. 907, 145 N. Y. Supp. 1128.

In re INTERBOROUGH RAPID TRANSIT CO. (WEBSTER AVE. LINE, WEST FARMS SUBWAY CONNECTION). (Supreme Court, Appellate Division, First Department. February 11, 1915.) In the matter of the Interborough Rapid Transit Company (Webster Avenue Line, West Farms Subway Connection). No opinion. Motion granted. Settle order on notice. See, also, 148 N. Y. Supp. 1122.

In re INTERBOROUGH RAPID TRANSIT CO. (Supreme Court, Appellate Division, First Department. February 26, 1915.) In the matter of the application of the Interborough Rapid Transit Company. No opinion. Application granted. Settle order on notice.

INTERNATIONAL TEXT-BOOK CO., Appellant, v. HOCKEBORN, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 6, 1915.) Action by the International Text-Book Company against Paul F. Hockeborn. No opinion. Motion for leave to appeal (from 150 N. Y. Supp. 1091) to Court of Appeals granted.

INTERSTATE CHEMICAL CO., Respondent, v. DUKE, Appellant. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by the Interstate Chemical Company against James B. Duke. C. F. Brown, of New York City, for appellant. J. C. Tomlinson, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

JACOBS v. DOYLE. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Abraham Jacobs against David A. Doyle. No opinion. Application denied, with $10 costs. Order signed.

JACOBUS, Respondent, v. COLGATE, Appellant. (Supreme Court, Appellate Division, Second Department. January 8, 1915.) Action by Clement S. Jacobus against William H. Colgate. No opinion. Motion for leave to appeal (from 150 N. Y. Supp. 1056) to the Court of Appeals granted, and questions certified.

JAQUISH, Appellant, v. KELLY et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 6, 1915.) Action by George L. Jaquish against George W. Kelly and others. PER CURIAM. Order affirmed, with $10 costs and disbursements. See, also, 151 N. Y. Supp. 187. HOWARD, J., dissents.

JENNINGS, Respondent, v. McNULTY BROS., Appellants, et al. (Supreme Court, Appellate Division, First Department. February 19, 1915.) Action by Daniel Jennings against McNulty Bros., impleaded. J. B. Henney, of New York City, for appellants. E. G. Stevens, of New York City, for respondent. No opinion. Order affirmed, with costs. Order filed.